IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS KLAUS,** individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION NO. 1:12-CV-2488 (Chief Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| **JONESTOWN BANK AND TRUST COMPANY, OF JONESTOWN, PENNSYLVANIA** | : : : : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 14th day of March, 2014, upon consideration of plaintiff's motion to strike affirmative defenses, or in the alternative, for a more definite statement (Doc. 27), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 27) to strike is GRANTED in part and DENIED in part:

   a. Plaintiff's motion is GRANTED with respect to affirmative defenses Nos. 2, 6, 13 and 14 without prejudice to Jonestown's leave to amend. Jonestown may file amended affirmative defenses, correcting the deficiencies noted in the accompanying memorandum, within fifteen (15) days of the date of this order.

   b. Plaintiff's motion is DENIED in all other respects.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania